■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER MURRAY, Appellant.— Order of the Supreme Court, Kings County, entered February 8, 1971, affirmed (People v. Lynn, 28 N Y 2d 196, 203–205). This was a guilty plea case and defendant received the minimum mandatory sentence provided by law. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. TILLMAN, Appellant.— Upon the letter of appellant, dated March 16, 1973, the letter of respondent's attorney, dated March 22, 1973, and the undated stipulation of the attorneys for the respective parties, all received by this court on March 23, 1973, the appeal from an order of the County Court, Nassau County, dated October 18, 1972, is deemed withdrawn. Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLIE WORRILL, Appellant.— Judgment of the Supreme Court, Kings County, rendered March 19, 1971 on resentence, and order of the same court entered June 8, 1971, affirmed (see People v. Worrill, 33 A D 2d 1041). Hopkins, Acting P. J., Munder, Martuscello, Gulotta and Christ, JJ., concur.